| | |
|---|---|
| 1 | Tricia Wang (CA SBN 178473)<br>LAW OFFICES OF TRICIA WANG |
| 2 |    39159 Paseo Padre Parkway, Suite 205<br>   Fremont, CA 94538 |
| 3 |    Telephone: 510-791-0232 |
| 4 | Attorney for Plaintiff |
| 5 | KEVIN V. RYAN (CA SBN 118321)<br>United States Attorney |
| 6 | Joann M. Swanson (CA SBN 88143)<br>Chief, Civil Division |
| 7 | Mark St. Angelo (CA SBN 74045)<br>Assistant United States Attorney |
| 8 |    150 Almaden Blvd., Suite 900<br>   San Jose, CA 95113-2009 |
| 9 |    Telephone: 408-535-5087 |

*E-FILED ON 12/19/05*

10 Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| Zhongwei Dai,<br><br>      Plaintiff,<br><br>v.<br><br>Alberto Gonzales, Attorney General of the United States, et al.,<br><br>      Defendants. | No. C-05-3940 HRL<br><br>**STIPULATION FOR DISMISSAL, AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED between and among the parties to this action, by and through their respective undersigned attorneys, that this action may and should be dismissed, with each party to bear his/her/its own costs and attorneys' fees, because Plaintiff has been sent a notice to appear for a Naturalization Oath Ceremony, thereby rendering this action moot.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF TRICIA WANG | KEVIN V. RYAN<br>United States Attorney |
| /s/ Tricia Wang<br>Tricia Wang<br>Dated:   12/06/2005 | /s/ Mark St. Angelo<br>Mark St. Angelo, Assistant U.S. Attorney<br>Dated:   8 Dec 05 |

No. C-05-3940 HRL.  Stipulation for Dismissal, and [Proposed] Order            Page 1

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Clerk of the Court is hereby directed to enter on the docket the dismissal of this case, and no party to this action shall have any liability to any other party for any costs of suit or attorneys' fees incurred in connection with this action.

Date: December 19, 2005

/s/ Howard R. Lloyd
Hon. HOWARD R. LLOYD
United States Magistrate Judge